**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 169 WAL 2019

            Respondent                 :

                                           :    Petition for Allowance of Appeal from
                                           :    the Order of the Superior Court

            v.                          :

                                           :

CHRISTOPHER N. URBANO,            :

                                         :

            Petitioner                  :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 1st day of October, 2019, the Petition for Allowance of Appeal is

**DENIED**.